UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED NURSES ASSOCIATION OF CALIFORNIA/UNION OF HEALTHCARE PROFESSIONALS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF VETERANS AFFAIRS, et al., <br><br> *Defendants*. | CASE NO. 1:25-cv-00674-MRD-PAS |

**MOTION FOR PRELIMINARY INJUNCTION
AND 5 U.S.C. § 705 STAY**

1

      Pursuant to Federal Rule of Civil Procedure 65 and 5 U.S.C. § 705, Plaintiffs move the Court for a preliminary injunction and/or an order to stay, postpone, or preliminarily set aside the November 11, 2025 order issued by the Secretary of Veterans Affairs, 90 Fed. Reg. 50950 (Nov. 13, 2025) ("Rescission Order"), which has stripped Plaintiffs and their members at the Department of Veterans Affairs (the "VA") of their statutory labor rights and the protections contained in their respective collective bargaining agreements with the VA, and inhibited Plaintiffs' ability to carry out their core functions as labor organizations. Plaintiffs seek a preliminary injunction and/or a stay of the Rescission Order on the grounds that Defendants' actions violate the Administrative Procedure Act. Plaintiffs further move the Court for an order enjoining Defendants from taking any further action to effectuate the Rescission Order. In support of this motion, Plaintiffs concurrently file a supporting Memorandum of Law as well as the sworn declarations of Charlie Keegan, Nicole Pilchard, Sonia Vásquez Luna, Joe Guzynski, Richard J. Lucas, Janet Suster, Jefferson S. Morrow, and the exhibits attached thereto.

      Pursuant to LR Cv 7(c), Plaintiffs request oral argument on this motion and anticipate that oral argument will require approximately one hour of argument time.

| | |
|---|---|
| Date: January 12, 2026 | Respectfully submitted, |
| | /s/ Elizabeth Wiens |
| Abigail V. Carter* | Elizabeth Wiens, Esq. (#6827) |
| Ramya Ravindran* | Gursky Wiens & Shanley, Attorneys at Law |
| Lane Shadgett* | 20 Centerville Road |
| J. Alexander Rowell* | Warwick, RI 02886 |
| Bredhoff & Kaiser, PLLC | Tele: (401) 294-4700 |
| 805 15th Street NW, Suite 1000 | Fax: (401) 294-4702 |
| Washington, D.C. 20005 | Ewiens@rilaborlaw.com |
| Tele: (202) 842-2600 | |
| Fax: (202) 842-1888 | |
| acarter@bredhoff.com | |
| rravindran@bredhoff.com | |
| lshadgett@bredhoff.com | |
| arowell@bredhoff.com | |

*Attorneys for Plaintiffs*
*\*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2026, I electronically filed the foregoing **Motion for Preliminary Injunction and 5 U.S.C. § 705 Stay** and supporting documents through the Court's CM/ECF System.

I further certify that a true and correct copy of this Motion and all supporting documents is being served today by certified mail through the United States Postal Service, in accordance with Federal Rules of Civil Procedure 4(i) and 5(b), on each of the following recipients:

U.S. Attorney General Pamela Bondi
c/o Jolene Ann Lauria, Assistant Attorney General for Administration
U.S. Department of Justice
Justice Management Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

Civil Process Clerk
Office of the United States Attorney
District of Rhode Island
One Financial Plaza, 17th Floor
Providence, RI 02904

U.S. Department of Veterans Affairs
Office of the General Counsel (022D)
810 Vermont Avenue N.W.
Washington, D.C. 20420

Douglas Collins, Secretary of the Department of Veterans Affairs
U.S. Department of Veterans Affairs
Office of the General Counsel (022D)
810 Vermont Avenue N.W.
Washington, D.C. 20420

Donald J. Trump, President of the United States
1600 Pennsylvania Avenue N.W.
Washington, D.C. 20500

                                                      */s/ Elizabeth Wiens*
                                                      Elizabeth Wiens