**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED NURSES ASSOCIATION OF
CALIFORNIA/UNION OF
HEALTHCARE PROFESSIONALS, et
al.,

*Plaintiffs,*

v.

U.S. DEPARTMENT OF VETERANS
AFFAIRS; DOUGLAS A. COLLINS, in
his official capacity as Secretary of the
U.S. Department of Veterans Affairs;
DONALD J. TRUMP, in his official
capacity as President of the United
States,

*Defendants.*

Civil Action No.
1:25-CV-674-MRD-PAS

**DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that the United States, on behalf of the U.S.

Department of Veterans Affairs; Douglas A. Collins, in his official capacity as

Secretary of the U.S. Department of Veterans Affairs; and Donald J. Trump, in his

official capacity as President of the United States, appeals to the United States

Court of Appeals for the First Circuit from the preliminary injunction and

preliminary order of relief that the district court (DuBose, J.) entered in favor of the

Plaintiffs on March 27, 2026 as a Memorandum and Order (ECF No. 16).

1

Dated: May 22, 2026

Respectfully submitted,

UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS; DOUGLAS A.
COLLINS, in his official capacity as
Secretary of the U.S. Department of
Veterans Affairs; and DONALD J.
TRUMP, in his official capacity as
President of the United States,

By their attorneys,

Todd Blanche
*Acting Attorney General*

Charles C. Calenda
*First Assistant U.S. Attorney*
*District of Rhode Island*

*/s/ Andrea Hyatt*
By: Andrea Hyatt
*Assistant U.S. Attorney*
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (Fax)
Andrea.Hyatt@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2026, I electronically filed the foregoing document and the accompanying exhibits through this Court's Electronic Case Filing (ECF) system, which will serve it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).

*/s/ Andrea Hyatt*
Andrea Hyatt
Assistant U.S. Attorney

2