# United States Court of Appeals
## For the First Circuit

_____

No. 26-1605

UNITED NURSES ASSOCIATION OF CALIFORNIA/UNION OF HEALTHCARE
PROFESSIONALS; LABORERS' INTERNATIONAL UNION OF NORTH AMERICA
LOCAL 1322; LABORERS' INTERNATIONAL UNION OF NORTH AMERICA
LOCAL 1029; LABORERS' INTERNATIONAL UNION OF NORTH AMERICA
LOCAL 572; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS
LOCAL 415; WISCONSIN FEDERATION OF NURSES AND HEALTH
PROFESSIONALS LOCAL 5000, AFT, AFL-CIO; INTERNATIONAL
ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS LOCAL 1998,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF VETERANS AFFAIRS; DOUGLAS A. COLLINS, in the
official capacity as Secretary of the U.S. Department of Veterans Affairs; DONALD J.
TRUMP, in the official capacity as President of the United States,

Defendants - Appellants.

_____

**JUDGMENT**

Entered: July 14, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' stipulation, it is hereby ordered that this appeal be
voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Lauren S. Zurier, Kevin M. Bolan, Weili Justin Shaw, Andrea Lena Hyatt, Abigail V. Carter,
Elizabeth Wiens, Ramya Ravindran, James Alexander Rowell, Lane Martin Shadgett